IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JEROME MERAZ**                                                                             **PLAINTIFF**

V.                          CASE NO. 5:24-CV-5255

OFFICER J. LILES,
Fayetteville Police Department (FPD);
JOHN DOE PATROL OFFICER #1, FPD;
OFFICER SERATT, FPD;
JANE DOE DISPATCHER, FPD;
OFFICER ELLIS DONALDSON, FPD;
JOHN DOE FPD OFFICER OR
WASHINGTON COUNTY DEPUTY;
JOHN DOE PATROL OFFICER #2;
CHIEF OF POLICE MIKE REYNOLDS, FPD;
OFFICER J. HARRIS, FPD;
OFFICER J. FAUBUS, FPD;
OFFICER BOYD, FPD;
OFFICER J. BAILEY, FPD;
DEPUTY CLIFFORD,
Sebastian County Sheriff;
OFFICER S. CALVILLO, FPD;
and OFFICER HUTSELL, FPD                                                                     **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends dismissing all claims against all Defendants except for the individual capacity claims against Defendants Seratt and Liles stemming from the arrest occurring on August 13, 2022. Plaintiff Jerome Meraz filed Objections to the R&R (Doc. 10) and a Brief in Support (Doc 11) on February 24, 2025, which prompted this Court to review the entire case *de novo*.

Plaintiff's Objections do not engage with the legal reasoning in the R&R in any respect. The R&R explained why all claims stemming from incidents occurring in October 2021 were barred by the statute of limitations; the HIPPA claim and the official capacity claim must be dismissed; and all claims stemming from incidents occurring on April 2, 2022 were barred by res judicata. Plaintiff ignores the R&R's careful reasoning and simply asks that the Court permit the above claims to be litigated. As the Objections are without merit, they are **OVERRULED**.

Accordingly, **IT IS ORDERED** that the R&R (Doc. 7) is **ADOPTED IN ITS ENTIRETY**. On preservice screening pursuant to 28 U.S.C. § 1915A, all claims are **DISMISSED**, with the exception of the individual capacity claims against Defendants Seratt and Liles stemming from the arrest occurring on August 13, 2022. The Clerk of Court is **DIRECTED** to **terminate all Defendants *except Seratt and Liles***. The case is to remain referred to the Magistrate Judge for all pretrial purposes.

**IT IS SO ORDERED** on this 10th day of March, 2025.

*Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE
